**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| LawHQ, LLC, and Thomas Alvord, | |
| *Plaintiffs,* | No. 1:20-cv-00335-LMM |
| v. | |
| Paula J. Frederick, in her official capacity as General Counsel for the State Bar of Georgia, | **NOTICE OF VOLUNTARY DISMISSAL** |
| *Defendant.* | |

Under Rule 41(a)(1)(A)(i), plaintiffs hereby voluntarily dismiss this case without prejudice.

Respectfully submitted,

/s/ Matthew J. Tokajer
Matthew J. Tokajer
Georgia Bar No. 482394
3903 Peachtree Park Dr. NE
Atlanta, GA 30309
(404) 600-9323
Matthew.Tokajer@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2020, I am causing a copy of the foregoing notice of voluntary dismissal to be served by first-class mail, postage pre-paid, on the following counsel:

Robert L. Goldstucker
Nall & Miller, LLP
235 Peachtree Street, NE
Suite 1500 – North Tower
Atlanta, Georgia 30303-1418

*Counsel for defendant*

/s/ Matthew J. Tokajer
Matthew J. Tokajer

April 22, 2020